The People of the State of New York, Respondent, v. Anthony Gezzo, alias Antonio Gizzo, Appellant.— Motion for an order deferring the argument of the appeal granted, and the time for taking any additional steps for perfecting the appeal pending in this court and for argument thereof is deferred indefinitely, subject to the further order of this court. It appears without dispute that the defendant-appellant is presently incarcerated in the Matteawan State Hospital for the criminally insane. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

George Roat, Appellant, v. John Warych, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Coon, Halpern, Imrie and Zeller, JJ.

## (November 24, 1954.)

In the Matter of the Claim of James Boyle, Sr., Appellant, against Cameron Machine Company et al., Respondents. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal granted, by consent. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of Delmar Box Co. Inc., Respondent. Aetna Insurance Company et al., Appellants; et al., Respondents.— Motion for a stay granted. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.

In the Matter of the Claim of Arthur J. Jones, Respondent, against City of New York, Appellant. Workmen's Compensation Board, Respondent.— Motion to dismiss appeal denied, without costs. Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.